DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLE ALEXANDRIA MARQUES,**
Appellant,

v.

**PINECREST I MOBILE HOME PARK, LLC,**
a Florida Limited Liability Company,
Appellee.

No. 4D2025-1339

[June 4, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven Peter DeLuca, Judge; L.T. Case No. 062025CC024710AXXXNO.

Hegel Laurent of Laurent Law Office, P.L., Plantation, for appellant.

Jonathan Michael Weirich of Yarnell & Peterson, P.A., Naples, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***